IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIBBY ROAD, LLC,

    Plaintiff,

  v.

VALERIE J. ROUSSET, JEAN-PAUL ROUSSET, and DOES 1 to 10,

    Defendants.

No. C 13-01200 WHA

**ORDER RE MOTION TO REMAND**

On April 10, 2013, plaintiff Kibby Road, LLC, filed a motion to remand. Pursuant to Local Rule 7-3, defendants' opposition or statement of non-opposition thereto was due by April 29. None was received. After the action was reassigned to the undersigned judge on May 1, plaintiff renoticed its motion for hearing on June 20. Accordingly, because defendants failed to timely respond to the motion, the following briefing schedule is hereby set. Defendant's opposition or statement of non-opposition to the motion to remand is due by **NOON ON MAY 29**. Plaintiff's reply brief, if any, must be filed seven days thereafter.

For the benefit of defendant, who is proceeding pro se, the parties are hereby warned that failure to timely respond to the motion to remand could result in the motion being granted.

**IT IS SO ORDERED.**

Dated: May 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE