IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIBBY ROAD, LLC,

    Plaintiff,

  v.

VALERIE J. ROUSSET, JEAN-PAUL ROUSSET, and DOES 1 to 10,

    Defendants.

No. C 13-01200 WHA

**ORDER TO SHOW CAUSE**

Plaintiff Kibby Road, LLC, filed this unlawful detainer action in Contra Costa County Superior Court, Case No. CS12-0927. Pro se defendant Valerie Rousset removed this action on March 18, 2013. Plaintiff filed a motion to remand this action back to state court. As defendants' opposition or statement of non-opposition was not timely filed, an order issued setting a briefing schedule and warning the parties that failure to timely respond to the motion to remand could result in the motion being granted. The deadline set by the order has come and gone, and no response from defendants has been received.

Accordingly, defendants are hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded to Contra Costa County Superior Court. Defendants' response is due by **NOON ON JUNE 6**. Defendants are hereby warned a second time that failure to timely respond could result in the motion to remand being granted. The hearing date, currently scheduled for June 20, shall remand on calendar.

**IT IS SO ORDERED.**

Dated: May 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE